# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2041
_____

JAMES WYATT MCGRIFF,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

June 21, 2018

PER CURIAM.

DISMISSED. *See Rivera v. Department of Health*, 177 So. 3d 1 (Fla. 1st DCA 2015).

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Wyatt McGriff, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.